THE BEVERLY SEWERAGE AUTHORITY, A PUBLIC BODY CORPORATE AND POLITIC, PLAINTIFF-APPELLANT, v. THE DELANCO SEWERAGE AUTHORITY, A PUBLIC BODY CORPORATE AND POLITIC, DEFENDANT-RESPONDENT.

Argued October 10, 1962—Decided October 22, 1962.

*Mr. Daniel A. O'Donnell* argued the cause for the appellant (*Mr. A. Jerome Moore* and *Messrs. Bookbinder, Peskin & Markowitz,* attorneys).

*Mr. Robert W. Criscuolo* argued the cause for the respondent (*Messrs. Parker, McCay & Criscuolo,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal*—None.